# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Charls Nathaniel Carson,

          Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                             3:12cv418

Roy Cooper, et al.,

          Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2012 Order.

                               Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court

August 6, 2012

BY: _____

                     Antonietta Basile, Deputy Clerk